# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTYNA SOUNDERS,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH TRIANGLE INSTITUTE,<br><br>Defendant. | Case No.: 1:18-cv-1043-DAD- JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 4) |

On August 8, 2018, Kristyna Sounders filed a notice of voluntary dismissal, dismissing the action without prejudice. (Doc. 4) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendant had not appeared in this action or filed an answer, the action was automatically terminated. *Id.* Accordingly, the Clerk of Court is **DIRECTED** to close this action due to the notice of voluntary dismissal.

IT IS SO ORDERED.

Dated: __**August 8, 2018**__         __/s/ Jennifer L. Thurston__
                                                                  UNITED STATES MAGISTRATE JUDGE